UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 SEP 22 P 3: 42

United States of America

v.

Cr. No. 08-MJ-92
UNDER SEAL - LEVEL I

Anil Kheda

## MOTION TO UNSEAL

THE UNITED STATES OF AMERICA, by its undersigned attorney, hereby moves this Court to unseal the following filings in the above-captioned case:

- the Criminal Complaint, this Motion to Seal, and all corresponding docket entries.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

September 22, 2008         By: /s/ Arnold H. Huftalen

Arnold H. Huftalen
Assistant U.S. Attorney
Bar No. 1215
U.S. Attorney's Office
53 Pleasant Street
Concord, NH 03301
603.225.1552

Motion    ☐ Granted    ☐ Denied

_____          _____
James R. Muirhead                              Date
United States Magistrate Judge